Commonwealth ex rel. Clouthier, Appellant, *v.*
Maroney.

Submitted June 14, 1965. *John J. Clouthier*, appellant, in propria persona; *John F. Hassett* and *Joseph M. Smith*, Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.*, First Assistant District Attorney, and *James C. Crumlish, Jr.*, District Attorney, for appellee.

Order affirmed.